# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENGHIS KHAN ALI STEVENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>M. CURNEL, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00764-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ALLOWING ACTION TO PROCEED ON PLAINTIFF'S DUE PROCESS CLAIM AGAINST DEFENDANT RANDOLPH, DISMISSING ALL OTHER CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO THE MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 9, 10, 11, 12, 13] |

    Plaintiff Genghis Khan Ali Stevenson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 16, 2017, the Magistrate Judge filed Findings and Recommendations recommending that this action proceed only on Plaintiff's due process claim against Defendant Randolph and dismissing all other claims and Defendants. The Findings and Recommendations were served on Plaintiff and contained notice to the parties that objections were to be filed within fourteen days. On August 30, 2017, Plaintiff filed a statement of non-opposition to the Findings and Recommendations.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 16, 2017, are adopted in full;
2. This action shall proceed on Plaintiff's due process claim against Defendant Randolph;
3. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and
4. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **September 6, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE